Thomas G. Russomano, Esq. (039161992)
SCHILLER, PITTENGER & GALVIN, P.C.
1771 Front Street
Scotch Plains, New Jersey 07076
(908) 490-0444
trussomano@schiller.law
Attorneys for Defendant, Richard Osiashvili

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YURIY MIRGORODSKIY,<br><br>                                  Plaintiff,<br>v.<br>RICHARD OSIASHVILI,<br><br>                                  Defendant. | Civil Action No. 2:23-cv-03942-SDW-CLW<br><br>ORDER GRANTING APPLICATION TO MAGISTRATE JUDGE FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY |

Application is hereby made to the Honorable Magistrate Judge Cathy L. Waldor, U.S.M.J., for an Order extending the time within which defendant, Richard Osiashvili, may answer, mover, or otherwise reply to the complaint filed by Plaintiff herein, and it is represented that:

1. On June 27, 2023, Plaintiff filed his complaint in the United States District Court for the District of New Jersey.

2. On July 6, 2023, the Hon. Pamela K. Chen, U.S.D.J. issued an Order to Show Cause why the matter should not be transferred or dismissed pursuant to 28 U.S.C. § 1406(a), for improper venue.

3. On July 21, 2023, the matter was transferred to this court.

4. On July 22, 2023, defendant was served with the Summons and Complaint.

5. The time within which defendant was to respond to the Complaint expired on August 12, 2023.

6. Defendant respectfully requests an Order extending time within which he may

answer, mover, or otherwise reply to the Complaint to August 25, 2023.

7. No previous extension has been obtained.

SCHILLER, PITTENGER & GALVIN, PC  
Attorneys for Defendant

By: *s/ Thomas G. Russomano*  
Thomas G. Russomano, Esq.

Dated: August 16, 2023

## ORDER

The above application is ORDERED GRANTED. Defendant's time to answer, move or otherwise reply is extended to August 25, 2023.

Dated: August 17, 2023

*s/ Cathy L. Waldor*  
The Honorable Cathy L. Waldor, U.S.M.J.